No. 75–1238. PENNSYLVANIA v. MARTIN. Sup. Ct. Pa. Motion for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 75–1482. GEISHA HOUSE, INC. v. CULLINANE, CHIEF, D. C. POLICE DEPARTMENT, ET AL. Ct. App. D. C. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari and, as in *Colorado Springs Amusements, Ltd.* v. *Rizzo, supra,* remand case for determination of petitioner's constitutional contentions giving appropriate, but not necessarily conclusive, weight to our summary dispositions.

No. 75–6112. HART ET AL. v. UNITED STATES; and DIXON ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant certiorari.